

ORIGINAL

# In the United States Court of Federal Claims

No. 18-788C & 18-789C
**CONSOLIDATED**
(Filed: September 14, 2018)

|  |  |  |
|---|---|---|
| ISAIAH MALIK SUBER, | ) | |
| *Pro Se* Plaintiff, | ) | **FILED** |
| v. | ) | SEP 1 4 2018 |
| THE UNITED STATES, | ) | U.S. COURT OF FEDERAL CLAIMS |
| Defendant. | ) | |

## ORDER

On August 8, 2018, the court issued an order (Docket No. 7) which granted the defendant's motion to consolidate two of the *pro se* plaintiff's complaints. In that same order, the court gave notice that Mr. Suber had until August 27, 2018 to respond to the defendant's motion to dismiss (Docket No. 6). On September 4, 2018, the court issued a second order (Docket No. 8) giving notice that Mr. Suber had until September 10, 2018, to respond to defendant's motion to dismiss at that failure to do so, would result in the dismissal of the consolidated cases for failure to prosecute.[1]

A review of court records indicates that as of this date, Mr. Suber has yet to respond to defendant's motion to dismiss the above-captioned consolidated cases. Accordingly, because Mr. Suber has failed to timely comply with the courts orders, the above-captioned consolidated cases are hereby **DISMISSED** pursuant to Rule 41(b) of the Rules of the United States Court of Federal Claims for failure to prosecute.

**IT IS SO ORDERED.**

NANCY B. FIRESTONE
Senior Judge

---

[1] A courtesy copy of the court's August 8, 2018 and September 4, 2018 orders, referenced above, are attached.

7018 0040 0001 1393 2959

ORIGINAL

# In the United States Court of Federal Claims    FILED

No. 18-788C
(Filed: September 4, 2018)

SEP - 4 2018

U.S. COURT OF
FEDERAL CLAIMS

|  |  |
|---|---|
| ISAIAH MALIK SUBER, | ) |
|  | ) |
| *Pro Se* Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| THE UNITED STATES, | ) |
|  | ) |
| Defendant. | ) |

## ORDER

On August 8, 2018, the court issued an order (Docket No. 7) granting defendant's motion to consolidate the two complaints *pro se* plaintiff, Mr. Suber filed on the same day and covered the same general facts.  In addition, the court gave notice to Mr. Suber that he had until August 27, 2018 to respond to defendant's motion (Docket No. 6) to dismiss his cases pursuant to Rule 12(b)(1) of the Rules of the Court of Federal Claims for lack of jurisdiction.

A review of court records indicates that Mr. Suber has yet to respond to defendant's motion to dismiss both of this complaints.  Mr. Suber shall have until **September 10, 2018**, to respond to defendant's motion or the court will dismiss his cases for failure to prosecute.

**IT IS SO ORDERED.**

NANCY B. FIRESTONE
Senior Judge



# In the United States Court of Federal Claims

No. 18-788C
(Filed: August 8, 2018)

FILED

AUG -8 2018

U.S. COURT OF
FEDERAL CLAIMS

|  |  |
|---|---|
| ISAIAH MALIK SUBER, | ) |
| | ) |
| *Pro Se* Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The court is in receipt of defendant's motion (Docket No. 6), filed July 27, 2018, to consolidate *pro se* plaintiff's two complaints[1], which Mr. Suber filed on the same day and cover the same general facts. In addition, defendant requests that plaintiff's two cases be dismissed pursuant to RCFC 12(b)(1) for lack of jurisdiction. The court **ORDERS** as follows:

1.  Defendant's motion to consolidate Mr. Suber's two complaints is **GRANTED.** Accordingly, Case No. 18-788C and Case No. 18-789C are hereby **CONSOLIDATED.** All future filings will be filed in the lead case, Case No. 18-788C.

2.  Mr. Suber shall have until **August 27, 2018** to respond to defendant's motion to dismiss both of his complaints.

**IT IS SO ORDERED.**

NANCY B. FIRESTONE
Senior Judge

---

[1] On June 1, 2018, *pro se* plaintiff, Isaiah Malik Suber filed two complaints. The Clerk of the Court opened two cases: Case No. 18-788C and Case No. 18-789C. The first case, Case No. 18-788C, was assigned the Sr. Judge Nancy B. Firestone. The second case, Case No. 18-789C, originally assigned to Judge Mary Ellen Coster Williams, was transferred and reassigned to Sr. Judge Nancy B. Firestone on August 1, 2018.